**Order filed October 16, 2014**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00716-CV**

_____

**SANDRA GALAVIZ, Appellant**

**V.**

**JUAN GALAVIZ, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1050339**

---

## O R D E R

The notice of appeal in this case was filed August 28, 2014. To date, the filing fee of $195.00 has not been paid. The trial court sustained the contest to appellant's affidavit of indigence. _See_ Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **October 30, 2014.** _See_ Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM